IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VEEVA SYSTEMS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-1032 (CFC)) |
| | ) | |
| TACT.AI TECHNOLOGIES, INC. and | ) | |
| AKTANA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the

Court, that the time for the Defendant Aktana, Inc. to answer, move or otherwise

respond to the First Amended Complaint (D.I. 14) is extended until

January 16, 2024.

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ Alexandra M. Joyce* | */s/ Jack B. Blumenfeld* |
| _____ | _____ |
| Daniel M. Silver (#4758) | Jack B. Blumenfeld (#1014) |
| Alexandra M. Joyce (#6423) | Karen Jacobs (#2881) |
| 405 North King Street, 8th Floor | 1201 North Market Street |
| Wilmington, DE  19801 | P.O. Box 1347 |
| (302) 984-6300 | Wilmington, DE 19899 |
| dsilver@mccarter.com | (302) 658-9200 |
| ajoyce@mccarter.com | jblumenfeld@morrisnichols.com |
| | kjacobs@morrisnichols.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant Aktana, Inc.* |

SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Colm F. Connolly
Chief, U.S. District Court Judge