IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEEVA SYSTEMS INC. : | CIVIL ACTION |
| : | |
| v. : | NO. 23-1032 |
| : | |
| TACT.AI TECHNOLOGIES, INC., *et al.* : | |

# ORDER

**AND NOW**, this 30th day of January 2024, upon considering defendant's motion to dismiss (DI 20), and the filing of an answer (DI 28), it is **ORDERED**:

1. We will hold an initial pretrial conference and oral argument on **March 7, 2024** at **10:00 A.M.** in **Courtroom 3B**, Third Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania;

2. If they have not already, all counsel must review Judge Murphy's policies and procedures, available on his page on the Eastern District of Pennsylvania Court's website;[1]

3. The parties shall engage in early, ongoing, and meaningful discovery planning proportional to the needs of your case to allow plaintiff to timely file a Rule 26 report;

4. If they have not already, the parties must hold an initial Rule 26(f) conference no later than **February 15, 2024**;

5. If they have not already, the parties shall exchange the required initial disclosures under Fed. R. Civ. P. 26(a) on or before **February 22, 2024**;

6. If the parties have not begun discovery, then the discovery period begins on

---

[1] There is not yet a version of our policies and procedures specifically for Delaware cases. If any policies or procedures are irreconcilable with the Local Rules of the District of Delaware and present planning problems for your case, please advise us in your Rule 26 report so that the issues can be resolved at the conference.

**February 22, 2024** and the parties shall exchange written discovery requests promptly thereafter;

7. If they have not already, all parties must comply with Rule 7.1 within 2 days of this order. Parties must supplement as needed. *See* Fed. R. Civ. P. 7.1(b).

8. After consulting with all parties, Plaintiff's counsel shall complete and file the required Rule 26(f) report incorporating, at a minimum, the contents of Judge Murphy's draft report attached to this order, as well as a separate comprehensive proposed scheduling order, before **February 29, 2024**;[2]

9. The parties shall also e-mail a word version of the comprehensive proposed scheduling order to chambers (murphy_chambers@paed.uscourts.gov);

10. Lead trial counsel is required to appear at the conference; and,

11. Lead trial counsel shall have addressed settlement with all parties and be prepared to discuss status of settlement efforts.

_____
MURPHY, J.

---

[2] Rather than the standard schedule in our draft report, the parties shall develop and recommend a schedule that is appropriate for patent cases and generally consistent with the model patent scheduling orders of the Delaware District Judges. The proposed schedule may include not only dates for various events, but also substantive requirements for disclosures, claim construction briefing, and so forth. Any disagreements should be highlighted and explained for resolution at the conference. To resolve disputes, we will look to typical practices in Delaware while addressing the needs of the individual case.