# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VEEVA SYSTEMS INC.** : | **CIVIL ACTION** |
| : | |
| **v.** : | **NO. 23-1032** |
| : | |
| **TACT.AI TECHNOLOGIES, INC.,** : | |
| **AKTANA, INC.** : | |

# ORDER

**AND NOW**, this 4th day of September 2024, upon considering defendant Aktana, Inc.'s motion to dismiss (DI 94), plaintiff's opposition (DI 99), and defendant Aktana, Inc.'s reply (DI 102), it is **ORDERED** we will hold oral argument on **October 2, 2024** at **2:00P.M.** in **Courtroom 3B**, Third Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**MURPHY, J.**